UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


Operating Engineers Local 324 Health Care
Plan, et al.,                                                            Case No. 10-11256

      Plaintiffs,                                            Honorable Nancy G. Edmunds

v.

Dalessandro Contracting Group, LLC,

      Defendant.

_____/


**JUDGMENT**

The Court has reviewed and fully considered the pleadings filed by the parties.  For

the reasons set forth in an Order dated October 2, 2012, and filed herein;

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiffs' third motion for summary

judgment is GRANTED in PART and DENIED in PART.  (Dkt. 54.)  The Court order

resolves all pending claims between the parties.  The Court therefore DISMISSES this

case.

The Court awards Plaintiffs the following amounts:

1. $36,697.72, representing $45,484.91 in unpaid contributions, pursuant to 29 U.S.C. § 1132(g)(2)(A), less a payment of $8,787.19;

2. $6,929.38 in interest on the unpaid contributions pursuant to 29 U.S.C. § 1132(g)(2)(B);

3. $6,929.38 in damages pursuant to 29 U.S.C. § 1132(g)(2)(C);

4. $42,586.87 in late payment assessments pursuant to Plaintiffs' plan documents;

5. $6,987.75 in audit costs pursuant to 29 U.S.C. § 1132(g)(2)(C); and

6.  $27,902.00 in attorneys' fees and costs pursuant to 29 U.S.C. § 1132(g)(2)(D) and Plaintiffs' plan documents.

So ordered.

s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated:  October 2, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 2, 2012, by electronic and/or ordinary mail.

s/Carol A. Hemeyer
Case Manager